UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00490-FDW-DSC

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANA J. BRADLEY, MARLIN S. HERSHEY, PERFORMANCE RETIRE ON RENTALS, LLC, DISTRESSED LENDING FUND, LLC, BRYANT BOYS, LLC, D. BRADLEY, INC., ERNDIT, LLC, HERSHEY ENTERPRISES, INC., MW ENTERPRISES, LLC, and PERFORMANCE HOLDINGS, INC.,<br><br>　　　　Defendants. | ORDER |

THIS MATTER is before the Court on the Joint Status Report Concerning Settlement (Doc. No. 44). For the reasons stated in the report, and it appearing to the Court that any settlement approval by the Securities and Exchange Commission ("SEC") will take approximately six (6) weeks, the case is hereby ordered STAYED for six (6) weeks from the date of this Order.

Once the SEC decides whether it will or will not approve the settlement, the parties are ORDERED to inform the Court of the decision as soon as possible, as well as advise the Court as to any remaining matters, particularly pertaining to the issue of remedies, if any, with respect to disgorgement on certain claims, should the SEC approve the settlement.

IT IS SO ORDERED.

Signed: July 1, 2020

Frank D. Whitney
United States District Judge