UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00490-FDW-DSC

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> DANA J. BRADLEY, MARLIN S. HERSHEY, PERFORMANCE RETIRE ON RENTALS, LLC, DISTRESSED LENDING FUND, LLC, BRYANT BOYS, LLC, D. BRADLEY, INC., ERNDIT, LLC, HERSHEY ENTERPRISES, INC., MW ENTERPRISES, LLC, and PERFORMANCE HOLDINGS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** |

THIS MATTER is before the Court on the parties' Joint Motion to Stay (Doc. No. 46). For the reasons stated in the motion, and for good cause shown, the motion is GRANTED.

IT IS SO ORDERED.

Signed: August 24, 2020

Frank D. Whitney
United States District Judge

1